

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 600 |
| v. | ) | |
| | ) | |
| CHARLES HARPER, | ) | Violations: 18 U.S.C. §§ 924(c)(1) |
| a/k/a "Thunder" and "Thun," and | ) | and 1951 |
| JAMES D. GOUSKOS | ) | **Second Superseding Indictment** |

### COUNT ONE

The SPECIAL JANUARY 2015 GRAND JURY charges:

On or about September 22, 2011, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHARLES HARPER,
a/k/a "Thunder" and "Thun," and
JAMES GOUSKOS,

defendants herein, did conspire with each other, Aaron Russell, and others known and unknown to the Grand Jury, to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), that is, to unlawfully take and obtain property from the person and in the presence of the owner of a jewelry store located on the 5100 block of West Diversey Avenue in Chicago, Illinois, against that person's will, by means of actual and threatened force and fear of injury to that person;

In violation of Title 18, United States Code, Section 1951(a).



## COUNT TWO

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about September 22, 2011, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHARLES HARPER,
a/k/a "Thunder" and "Thun," and
JAMES GOUSKOS,

defendants herein, did attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that defendants did attempt to unlawfully take and obtain property from the person and in the presence of the owner of a jewelry store located on the 5100 block of West Diversey Avenue in Chicago, Illinois, against that person's will, by means of actual and threatened force and fear of injury to that person;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about September 22, 2011, at Chicago, in the Northern District of Illinois, Eastern Division:

CHARLES HARPER,
a/k/a "Thunder" and "Thun,"

defendant herein, did use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, conspiracy to commit robbery and attempted robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Counts One and Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY