

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **YES**
   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **15 CR 219, United States v. Charles Harper**    **MAGISTRATE JUDGE COX**
   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **YES**
   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   **13 CR 600, United States v. Aaron Russell, et al.**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Other Robbery (II)**

10) List the statute of each of the offenses charged in the indictment or information.
    **18 usc 1951 and 18 usc 924(c)(1)**

Christopher Stetler
Assistant United States Attorney

FILED
FEB 11 2016
Feb 11, 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT