# IN THE UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THE UNITED STATES,

        PLAINTIFF,

      V.                             CASE # 13 CR 0600

                                      JUDGE HARRY D. LEINENWEBER

JAMES D. GOUSKOS,

        DEFENDANT

## AGREED MOTION AND ORDER FOR TRAVEL

NOW COMES Defendant James D. Gouskos by and through his attorney, Joseph Urgo, and moves This Honorable Court for entry of an Order granting expansion of Bond Conditions to allow limited and specific travel, and in support hereof states as follows:

1.) Defendant Gouskos is currently on release with a Recognizance Bond and has been fully compliant with all release terms throughout the pendency of this case;

2.) He desires to travel for a brief vacation with his 9 year old son from March 20th through March 28th, 2019 at Pelican Cove Resort, 84457 Overseas Highway, Islamorada, FL 33036;

3.) Flight information is:

|  | United Flight 374 *Terminal 1* |  |
|---|---|---|
| **12:55pm** | Wed. Mar 20 | Chicago, IL (ORD) |
| **3:39pm** | Wed. Mar 20 | Houston, TX (IAH) |

2h 39m Layover in Houston

 United
Flight 480
*Terminal C*

| | | |
|---|---|---|
| **6:18pm** | Wed. Mar 20 | Houston, TX (IAH) |
| **9:46pm** | Wed. Mar 20 | Fort Lauderdale, FL (FLL |

4.) Return flight information is:

United
Flight 2196
*Terminal 1*

| | | |
|---|---|---|
| **6:32am** | Thu. Mar 28 | Fort Lauderdale, FL (FLL) |
| **8:52am** | Thu. Mar 28 | Chicago, IL (ORD |

5.) This travel Motion has been AGREED TO by the U. S. Attorneys' Office and the PreTrial Services Department without objection.


WHEREFORE, Defendant James D. Gouskos prays This Honorable Court enter an Order compatible with the foregoing motion.

Respectfully submitted,

Joseph Urgo,
attorney for Gouskos




Joseph Urgo

6914 W. North Avenue, #200

Chicago, Illinois 60707

Ph. (773) 622-4800, fax 4873

Email: urgojoseph@yahoo.com