**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

)
)
)
)                    Judge: Harry D. Leinenweber
)
)
)

**ORDER**

The parties shall file a joint status report by 6/22/20. This report shall include the following: date(s) of the alleged offense, the offense charged, brief statement of specific factual allegations, procedural case status, status of discovery/any discovery issues, status of plea negotiations, when the case will be ready for trial or plea, and any other issues the parties would like to raise.

_____

Date:  5/29/20                                   Judge Harry D. Leinenweber