UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 13 CR 600 |
| JAMES GOUSKOS | Judge Harry D. Leinenweber |

## JOINT STATEMENT REGARDING CASE STATUS

The United States of America, by and through its attorney, John R. Lausch, Jr., and defendant James Gouskos, through his attorney, Joseph Urgo, submit this Joint Statement with respect to the case status.

1. Defendant James Gouskos pled guilty to conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951. R.101.

2. The case is not currently scheduled for a status hearing. R. 249.

3. The parties request that the Court schedule a status hearing in July or August 2020, at which time the parties are prepared to schedule defendant's sentencing hearing.

Dated: June 22, 2020

Respectfully submitted,

By: /s/ *James P. Durkin*  
James P. Durkin  
United States Attorney's Office  
219 S. Dearborn Street, 5th Floor  
Chicago, IL 60604  
(312) 353-6630

/s/ *Joseph M. Urgo*  
Joseph M. Urgo  
6914 West North Avenue  
Suite 260  
Chicago, IL 60636  
(312) 622-4800