# IN THE UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THE UNITED STATES,

    PLAINTIFF,

    V.                          CASE # 13 CR 0600

                                        JUDGE HARRY D. LEINENWEBER

JAMES D. GOUSKOS,

    DEFENDANT

## AGREED MOTION AND ORDER FOR TRAVEL

NOW COMES Defendant James D. Gouskos by and through his attorney, Joseph Urgo, and moves This Honorable Court for entry of an Order granting expansion of Bond Conditions to allow limited and specific travel, and in support hereof states as follows:

1.) Defendant Gouskos is currently on release with a Recognizance Bond and has been fully compliant with all release terms throughout the pendency of this case;
2.) He desires to travel for a brief vacation with his 11 year old son from March 20th, 2021 through March 27th, 2021 at Gaylord Palms Resort, 6000 Overseas W. Osceola Parkway, Kissimmee, Florida 34746;
3.) James will be travelling with his son Aristotle, and nephew Alex Gouskos.
4.) Air travel details are as follows:

    **Spirit Airlines** Flight: 2766 **Depart:** 7:25 a.m. O'Hare, Chicago
                                **Arrive:** 10:56 AM Orlando, Orlando Intl

    **Frontier Airlines Flight 1154 Depart: 9:06 p.m. Orlando**
                                **Arrive: 11:20 p.m. O'Hare Chicago**

5. This travel Motion has been AGREED TO by the U. S. Attorneys' Office and the PreTrial Services Department without objection.

WHEREFORE, Defendant James D. Gouskos prays This Honorable Court enter an Order compatible with the foregoing motion.

                                                          Respectfully submitted,

                                                          Joseph Urgo,
                                                          attorney for Gouskos

Joseph Urgo

6914 W. North Avenue, #200

Chicago, Illinois 60707

Ph. (708) 610-1717

Email: urgojoseph@yahoo.com