# IN THE UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THE UNITED STATES OF AMERICA

    PLAINTIFF,

    V.                                      CASE # 13 CR 0600

                                            JUDGE HARRY D. LEINENWEBER

JAMES D. GOUSKOS,

    DEFENDANT

## AGREED MOTION AND ORDER FOR TRAVEL

NOW COMES Defendant James D. Gouskos by and through his attorney, Joseph Urgo, and moves This Honorable Court for entry of an Order granting expansion of Bond Conditions to allow limited and specific travel, and in support hereof states as follows:

1.) Defendant Gouskos is currently on release with a Recognizance Bond and has been fully compliant with all release terms throughout the pendency of this case;
2.) He desires to travel for a brief vacation with his 12 year old son from March 18th, 2022 through March 27th, 2022 at Gaylord Palms Resort, 6000 Overseas W. Osceola Parkway, Kissimmee, Florida 34746, phone (407) 586-0000;
3.) James will be travelling with his son Aristotle, and nephew Alex Gouskos, also 12 years old.
4.) Air travel details are as follows:

    a.) **Frontier Airlines** Flight: 1155 **Depart on March 18th at** 12:25 p.m. from O'Hare, Chicago, Illinois **Arrive:** 4:14 p.m. at Orlando Intl, Orlando, Florida;

    b.) **Spirit Airlines Flight 912 Depart on March 27th at** 5:21 p.m. from Orlando Intl. Arrive at 7:20 p.m. to O'Hare Chicago

5. This travel Motion has been AGREED to by the U. S. Attorneys' Office and the PreTrial Services Department without objection.

WHEREFORE, Defendant James D. Gouskos prays This Honorable Court enter an Order compatible with the foregoing motion.

                                                       Respectfully submitted,

                                                       Joseph Urgo,
                                                       attorney for James Gouskos

Joseph Urgo

6914 W. North Avenue, #200

Chicago, Illinois 60707

Ph. (708) 610-1717

Email: urgojoseph@yahoo.com