UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 13 CR 600 |
| JAMES GOUSKOS | Judge Harry D. Leinenweber |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, John R. Lausch, Jr., and defendant James Gouskos, through his attorney, Joseph Urgo, submit this Joint Statement with respect to the case status.

1. Defendant James Gouskos pled guilty to conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951. R.101.

2. On June 29, 2022, this Court ordered the parties to submit a joint status report by July 25, 2022 and scheduled a status hearing on August 2, 2022 at 9:30 a.m. R. 257.

3. The parties are prepared to schedule defendant's sentencing hearing at the upcoming status on August 2, 2022.

Dated: July 26, 2022

Respectfully submitted,

By: /s/ *James P. Durkin*
James P. Durkin
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-6630

/s/ *Joseph M. Urgo*
Joseph M. Urgo
6914 West North Avenue
Suite 260
Chicago, IL 60636
(312) 622-4800